## Return

| Case No.: 4:26 MJ 7239 SPM | Date and time warrant executed: 09/03/2026 1:05 PM | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of:

USPIS Task Force Officer Jon Weiss

Inventory of the property taken and name of any person(s) seized:

-Approximately 116 grams of suspected 5-Fluoro ADB (commonly referred to as "K2")
-Parcel and parcel wrappings

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/03/2026

Dominic M Margherio
*Executing officer's signature*

Dominic M. Margherio, U.S. Postal Inspector
*Printed name and title*

**On 9/3/2026, this warrant return was submitted by reliable electronic means to the undersigned U.S. Magistrate Judge who signed and issued it in the referenced case. By reliable electronic means, this returned warrant is forwarded to the Clerk of Court for filing, with a copy to the officer who returned it.**

Shirley P. Mensah

**SHIRLEY P. MENSAH**
**U.S. MAGISTRATE JUDGE**
9 / 4 / 2026